Marie Sola, Plaintiff-Appellant, v. Joseph Sola, Defendant-Appellee.

Gen. No. 11,187.

Second District, First Division.
November 1, 1958.
Released for publication November 17, 1958.

Berry & Simmons, for plaintiff-appellant; Cannariato and Nicolosi (Sam J. Cannariato, of counsel) for defendant-appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.